**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 15-30150-SMY |
| Plaintiff, | ) | |
| | ) | Title 18, United States Code, |
| vs. | ) | Sections 922(g)(1) and 924(d) |
| | ) | |
| CHARLES L. DOTY, JR., | ) | Title 28, United States Code, Section |
| | ) | 2461(c) |
| Defendant. | ) | |

**FILED**

SEP 2 2 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**FELON IN POSSESSION OF A FIREARM**

On or about July 1, 2015, in Monroe County, within the Southern District of Illinois,

**CHARLES L. DOTY, JR.,**

defendant herein, having been previously convicted of a felony – namely, Unlawful Production of Cannabis Sativa Plant, in Monroe County, Illinois, Case No. 2013-CF-94, on or about July 2, 2014, – did knowingly possess, in and affecting commerce, a firearm – namely, a New England Firearms Co., Inc., Model Pardner, 20 gauge shotgun, bearing serial number NB336656; all in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

**FORFEITURE OF FIREARM**

Upon conviction of the offense alleged in this Indictment, defendant **CHARLES L. DOTY, JR.** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense described in this Indictment, including, but not

limited, to the following:  a New England Firearms Co., Inc., Model Pardner, 20 gauge shotgun,

bearing serial number NB336656, and any and all ammunition contained therein.

**A TRUE BILL**

███████████████████

_Kit Morrissey_
KIT R. MORRISSEY
Assistant United States Attorney

_Stephen R. Wigginton_
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention