IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-CR-30150-SMY |
| | ) | |
| CHARLES L. DOTY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ELEMENTS OF THE OFFENSE**

The United States of America, by and through James L. Porter, Acting United States Attorney for the Southern District of Illinois, and Kit R. Morrissey, Assistant United States Attorney for said district, hereby provides the Court with the Elements of the Offense and the Statutory Penalties:

Elements of the Offense of Unlawful Possession of a Firearm by a Previously Convicted Felon in violation of 18 U.S.C. 922(g):

1. The Defendant knowingly possessed the firearm described in the Indictment;

2. At the time of the charged act, the Defendant was a convicted felon; that is, the Defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year; and

3. The firearm had been shipped or transported in interstate commerce prior to the Defendant's possession of it.

Statutory Penalty:

Up to 10 years' imprisonment and up to a $250,000 fine, or both such fine and imprisonment, up to 3 years' supervised release, and a $100 special assessment.

Respectfully submitted,

JAMES L. PORTER
Acting United States Attorney


*s/ Kit R. Morrissey*
KIT R. MORRISSEY
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
618.628.3700 (telephone)
Email: Kit.Morrissey@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 15-CR-30150-SMY |
| | ) |
| CHARLES L. DOTY, | ) |
| | ) |
| Defendant. | ) |

**Certificate of Service**

I hereby certify that on February 25, 2016, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Thomas C. Gabel
    Assistant Federal Public Defender

    Respectfully submitted,

    JAMES L. PORTER
    Acting United States Attorney

    *s/ Kit R. Morrissey*
    KIT R. MORRISSEY
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, Illinois 62208-1344
    618.628.3700 (telephone)
    Email: Kit.Morrissey@usdoj.gov